# United States District Court
## Violation Notice

WY-04

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F 5216332 | WILLIAMS | 413920 |

F 5216332

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | (D) |
|---|---|---|
| 08·13·2018 | 36 CFR 261.5 | |

Place of Offense: SHADOW MT

Offense Description: UNATTENDED FIRE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| WAGSTAFFE | KENNETH | RAY |

Street Address: [REDACTED]

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| NA | | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 200  Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT → $ 230  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed] Kenneth

Original - CVB Copy
Previous edition is obsolete
FS-5300-4 (2/2016)

CVB SCAN 03/18/2020 11:11

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

[illegible handwritten notes]

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN 03/18/2020 11:11